IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03158-CMA-MEH

TACALA, LLC,

    Plaintiff,

v.

XFORMITY TECHNOLOGIES, INC., and
JACK RABIN,

    Defendants.

---

### MINUTE ORDER

---

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 24, 2011.**

    The Joint Motion for Entry of Proposed Confidentiality Order [filed February 22, 2011; docket #20] is **granted**. The Confidentiality Order is issued and filed contemporaneously with this minute order.